No. 2016. EL PUEBLO, APELADO, *v.* LANZÓ, APELANTE. — Corte de Distrito de Humacao. Resuelto en febrero 8, 1923. Asesinato en segundo grado. No existiendo pliego de ex-

cepciones ni exposición del caso, sin que el apelante haya radicado alegato y no apareciendo de los autos error fundamental alguno se confirma la sentencia.